UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Case Number 13-20423
      Plaintiff,         Honorable David M. Lawson

v.

JIMMIE EUGENE WHITE II,

      Defendant.
_____/

**ORDER SCHEDULING FINAL PRETRIAL CONFERENCE, ADJOURNING TRIAL, EXTENDING PLEA CUT-OFF DATE, AND DENYING DEFENDANT'S MOTION TO COMPEL, TO CONTINUE, TO DISMISS, TO SUPPRESS, FOR DISCOVERY, REQUEST FOR A BILL OF PARTICULARS, REQUEST FOR A SUBPOENA *DUCES TECUM*, AND MOTION TO RETURN PROPERTY, TO DISMISS, AND TO FILE A CRIMINAL COMPLAINT**

Presently before the Court is the defendant's motion to compel, to continue, to dismiss, to suppress, for discovery, request for a bill of particulars, request for a subpoena *duces tecum*, and motion to return property, to dismiss, and to file a criminal complaint.

The Case Management and Scheduling Order established a September 17, 2013 deadline for the defendant to file any pretrial motions. *See* Fed. R. Crim. P. 12(c). Following the defendant's decision to represent himself, the Court permitted the defendant to file a motion to suppress, but did not otherwise extend the motion filing deadline. On October 7, 2014, the Court held a hearing on the defendant's motion to suppress and heard argument from both sides. The parties asked the Court to extend the plea cut-off date until after the Court decides the defendant's motion to suppress. A decision on the defendant's motion is forthcoming.

The Court will extend the plea cut-off date to November 26, 2014 in accordance with the parties' request at the hearing and will adjourn the trial until December 1, 2014. However, the Court

will deny the defendant's latest motions because the defendant filed the motions more than a year after the motion filing deadline, he did not ask the Court to file his motions out of time, and the defendant's motions are meritless.

Accordingly, it is **ORDERED** that a final pretrial conference is scheduled for **November 24, 2014 at 9:00 a.m.**

It is further **ORDERED** that the plea cut-off date is extended until **November 24, 2014.**

It is further **ORDERED** that the trial is adjourned until **December 1, 2014 at 8:30 a.m.**

It is further **ORDERED** that the defendant's motion to compel, to continue, to dismiss, to suppress, for discovery, request for a bill of particulars, request for a subpoena *duces tecum* [dkt. #101], and motion to return property, to dismiss, and to file a criminal complaint [dkt. #102] are **DENIED.**

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: November 20, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 20, 2014.

        s/Susan Pinkowski
        SUSAN PINKOWSKI