UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                Case Number 13-20423
v.                                             Honorable David M. Lawson

JIMMIE EUGENE WHITE II,

        Defendant.

_____/

## **ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

Defendant Jimmie Eugene White II is charged with (1) conspiracy to distribute N-Benzylpiperazine ("BZP") and 3, 4-methylenedioxy-N-methylamphetamine ("ecstasy" or "MDMA"); (2) possession of N-Benzylpiperazine ("BZP") with intent to distribute; (3) possession of a firearm in furtherance of a drug trafficking crime; and (4) possession of a firearm by a convicted felon.  Presently before the Court is the defendant's motion for judgment of acquittal under Rule 29(a) of the Federal Rules of Criminal Procedure on the firearms charges.  The Court heard oral argument from the parties on June 18, 2014 and denied the defendant's motion.

Accordingly, it is **ORDERED** that the defendant's motion for a judgement of acquittal is **DENIED** for the reasons stated on the record.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:  June 18, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 18, 2015.

s/ Susan Pinkowski
SUSAN PINKOWSKI